UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:15-CR-100-1D

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAMES CLEMENTE CUMMINGS | ORDER TO SEAL |

On motion of the Defendant, James C. Cummings, and for good cause shown, it is hereby

ORDERED that **[DE # 41]** and the attachment thereto be sealed until further notice by this Court.

IT IS SO ORDERED.

This **22** day of February, 2016.

JAMES C. DEVER, III
Chief United States District Judge