UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. James Clemente Cummings                    Docket No. 5:15-CR-100-1D

## Petition for Action on Supervised Release

COMES NOW Lee Holmes, Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of James Clemente Cummings, who, upon an earlier plea of guilty to 18 U.S.C. § 2243(a), Sexual Abuse of a Minor, was sentenced by the Honorable James C. Dever III, U.S. District Judge, on February 23, 2016, to the custody of the Bureau of Prisons for a term of 27 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

James Clemente Cummings was released from custody on January 09, 2019, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant is required to register as a Sex Offender due to the instant offense. As a result, we are recommending that the defendant undergo a Sex Offender Assessment and follow any recommended treatment. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall submit to a psycho-sexual evaluation by a qualified mental health professional who is experienced in evaluating sexual offenders and who is approved by the U.S. Probation Officer.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                    I declare under penalty of perjury that the foregoing
                                          is true and correct.

/s/ Eddie J. Smith                        /s/ Lee Holmes
Eddie J. Smith                            Lee Holmes
Supervising U.S. Probation Officer        Probation Officer
                                          150 Rowan Street Suite 110
                                          Fayetteville, NC 28301
                                          Phone: 910-354-2568
                                          Executed On: January 15, 2019

James Clemente Cummings
Docket No. 5:15-CR-100-1D
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __23__ day of __January__, 2019, and ordered filed and made a part of the records in the above case.

_/s/ J. Dever_
James C. Dever III
U.S. District Judge